Lawrence P. House, California Bar no. 139144
LAW OFFICE OF LAWRENCE P. HOUSE
1445 E. Los Angeles Boulevard, Suite 301U
Simi Valley, California 93065
Telephone: 805.501.6293
email: lphouse@hotmail.com

Attorneys for Plaintiff
BAL MANAGEMENT, LLC

Nithin Kumar (SBN 300607)
   nithin@kingfisherlawapc.com
KINGFISHER LAW APC
P.O. Box 492415
Los Angeles, CA 90049-9998
Telephone: (408) 930-3580

Attorney for Defendants IGOR
KRIVORUCHKO and LANDMARK
INDUSTRIAL AT SUNNYVALE, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| BAL MANAGEMENT, LLC, | Case No.: 2:26-cv-00027-E |
|---|---|
| Plaintiff, | **JOINT STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO FILE AMENDED COMPLAINT** |
| vs. | |
| IGOR KRIVORUCHKO; JULIA BAYTLER; LANDMARK INDUSTRIAL AT SUNNYVALE, LLC; and DOES 1 through 10; | |
| Defendants. | |

STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE AN AMENDED COMPLAINT

## JOINT STIPULATION

Plaintiff BAL Management, LLC ("Plaintiff") and Defendants Igor Krivoruchko and Landmark Industrial at Sunnyvale, LLC ("Defendants"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, Plaintiff BAL Management, LLC ("Plaintiff") filed its Complaint in this action in the Superior Court of California, on November 17, 2025,

WHEREAS, Defendants filed a Notice of Removal on January 2, 2026, removing this matter to federal court;

WHEREAS, Defendants filed a Motion to Dismiss the Complaint on February 6, 2026, and set the hearing for March 13, 2026;

WHEREAS, Plaintiff timely filed its Opposition to the Motion to Dismiss on March 9, 2026, and requested, among other things, leave to file an amended complaint;

WHEREAS, on March 16, 2026 the Court ordered Plaintiff's counsel to file its amended complaint no later than March 30, 2026;

WHEREAS, the parties are currently engaged in serious settlement negotiations, which, if successful, may result in the resolution of this action, as well as a related state court action set to begin trial on June 1, 2026;

THEREFORE, it is STIPULATED and AGREED, by and between the parties hereto, by and through their respective counsel of record, that the March 30, 2026 deadline for the filing of Plaintiff's amended complaint should be extended by two weeks to April 13, 2026.

DATED: March 26, 2026    LAW OFFICE OF LAWRENCE P. HOUSE

By: _____/s/ Lawrence P. House_____
Lawrence P. House
Attorney for Plaintiff BAL Management LLC

DATED: March 26, 2026    KINGFISHER LAW APC

By: _____/s/ Nithin Kumar_____
Nithin Kumar
Attorney for Defendants Igor Krivoruchko
and Landmark at Sunnyvale, LLC

2

STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE AN AMENDED COMPLAINT

## <u>ATTESTATION OF CONCURRENCE IN FILING</u>

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed above, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: March 26, 2026        KINGFISHER LAW APC


By:      /s/ Nithin Kumar
                    Nithin Kumar
                    Attorney for Defendants Igor Krivoruchko
                    and Landmark at Sunnyvale, LLC

3