**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| BAL MANAGEMENT, LLC, | Case No.: 2:26-cv-00027-E |
| Plaintiff, | **[PROPOSED] ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO FILE AMENDED COMPLAINT** |
| vs. | |
| IGOR KRIVORUCHKO; JULIA BAYTLER; LANDMARK INDUSTRIAL AT SUNNYVALE, LLC; and DOES 1 through 10; | |
| Defendants. | |

# [PROPOSED] ORDER

The Court having considered the Joint Stipulation of the Parties and good cause appearing therefor, IT IS ORDERED that Plaintiff BAL Management, Inc. shall have until April 13, 2026, to file its amended complaint in this action.

**IT IS SO ORDERED**.


DATED: _____        _____

HON. CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE